[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-13876

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

TRENTON EDWARD WATKINS,

Defendant- Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:12-cr-00291-TFM-N-1

_____

Before JORDAN, BRASHER, and BLACK, Circuit Judges.

PER CURIAM:

Barre Dumas, appointed counsel for Trenton Watkins, has moved to withdraw on appeal, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Watkins's revocation of supervised release and sentence are **AFFIRMED**.